United States District Court
Southern District of Texas

**ENTERED**
April 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LOUIS HAYES | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIV. NO. 3:08-CV-00035 |
| | § | |
| PERCY MILLER, ALSO KNOWN AS | § | |
| MASTER P, MASTER P MUSIC LLC, | § | |
| GUTTAR MUSIC, INC., | § | |
| *Defendants* | § | |

**ORDER
ON
MOTION FOR POST JUDGMENT RELIEF
AND
APPOINTMENT OF A RECEIVER**

AT GALVESTON TEXAS in said district, there came to be considered Louis Hayes' ("Hayes") *Motion for Post-Judgment Relief And Appointment Of A Receiver* (the "Motion"). After careful consideration, the Court concludes that the Motion should be granted. The Court finds that a judgment of the United States District Court for the Southern District of Texas in favor of Hayes and against Percy Miller, also known as Master P ("Miller"), was originally entered on September 17, 2009 and was revived by the Judgment of this Court on November 18, 2021 ("Judgment"). The Judgment is wholly unsatisfied. Miller resides in the United States and is likely to have non-exempt assets. It is, therefore,

ORDERED that Hayes's Motion is GRANTED. Is it, further,

ORDERED that Mr. Seth Kretzer, a member of the bar of this court, is hereby appointed Receiver in this case pursuant to 28 U.S.C. § 959; FED. R. CIV. P. 66, 69; TEX. CIV. PRAC. & REM. CODE § 31.002(a), with the power and authority to take possession of and sell all non-exempt property of Percy Miller for the purpose of satisfying the Judgment. The authority of the Receiver shall include, but not be limited to, taking possession of: (1) all documents or records, including financial records, related to such property that is in the actual or constructive possession or control of Percy Miller or his agents, servants, employees, all persons or organizations, whether organized for profit or not, or in active concert or participation with Percy Miller; (2) all financial accounts (bank and credit union accounts), certificates of deposit, money-market accounts, accounts held by any third party; (3) all securities; (4) all accounts with securities brokers and securities trading platforms; (5) all real property, equipment, vehicles, boats and planes; (6) all safety deposit boxes or vaults; (7) all cash; (8) all negotiable instruments, including promissory notes, option contracts, drafts, and checks; (9) causes of action; (10) contract rights, whether present or future; and (11) accounts receivable; and (12) all documents representing ownership of any publicly traded or private entity; (13) all ownership interests of any publicly traded or private entity; and that all such property shall be held *in custodia legis* of said Receiver as of the date of this Order. Is it, further,

ORDERED that Percy Miller shall turnover to the Receiver within ten (10) days from his receipt of a copy of this Order: (1) the documents listed below, together will all documents and financial records that may be requested by the Receiver; (2) all checks, cash, securities (stocks and bonds), promissory notes, documents of title, and contracts owned by or in the name of Percy Miller or subject to its control, including any such property in the actual or constructive possession or control of Percy Miller or his agents, servants, employees, all

persons or organizations, whether organized for profit or not, or in active concert or participation with Percy Miller, any and all records, as hereinafter described, concerning affairs of Percy Miller, unless otherwise noted, for the period of January 1, 2009 through the present:

1. Monthly statements for every financial institution account in which Percy Miller has been a signatory or owner since January 1, 2009;

2. Cancelled checks and wire transfers for every financial institution account in which Percy Miller has been a signatory or owner since January 1, 2009;

3. Copies of the articles of incorporation, Secretary of State charters, operating agreements and amendments, membership agreements and amendments, and all documents of creation and ownership of any limited liability company, professional corporation, corporation, general partnership, limited partnership, trust or any other corporate entity in which Percy Miller currently holds or has held an interest since January 1, 2009;

4. Federal income and state franchise tax returns for Percy Miller and any limited liability company, professional corporation, corporation, general partnership, limited partnership, trust or any other corporate entity in which Percy Miller currently holds or has held an interest since January 1, 2009;

5. All motor vehicle Certificates of Title owner or leased by Percy Miller or any limited liability company, professional corporation, corporation, general partnership, limited partnership, trust or any other corporate entity in which Percy Miller currently holds or has held an interest since January 1, 2009;

6. Stock certificates and bonds owned by Percy Miller in any limited liability company, professional corporation, corporation, general partnership, limited partnership, trust or any other corporate entity in which Percy Miller currently holds or has held an interest since January 1, 2009;

7. Promissory notes owned by Percy Miller or any limited liability company, professional corporation, corporation, general partnership, limited partnership, trust or any other corporate entity in which Percy Miller currently holds or has held an interest since January 1, 2009;

8. Bills of sale owned by Percy Miller or any limited liability company, professional corporation, corporation, general partnership, limited partnership, trust or any other corporate entity in which Percy Miller currently holds or has held an interest since January 1, 2009;

9. Real property deeds and deeds of trust (regardless of date), owned or interest held by Percy Miller or any limited liability company, professional corporation, corporation, general partnership, limited partnership, trust or any other corporate entity in which Percy Miller currently holds or has held an interest since January 1, 2009;

10. Business journals, ledgers, accounts payable and receivable files belonging to Percy Miller or any limited liability company, professional corporation, corporation, general partnership, limited partnership, trust or any other corporate entity in which Percy Miller currently holds or has held an interest since January 1, 2009;

11. Pledges, security agreements and copies of financial statements owned by Percy Miller or any limited liability company, professional corporation, corporation, general partnership, limited partnership, trust or any other corporate entity in which Percy Miller currently holds or has held an interest since January 1, 2009;

12. State sales tax reports filed by Percy Miller or any limited liability company, professional corporation, corporation, general partnership, limited partnership, trust or any other corporate entity in which Percy Miller currently holds or has held an interest since January 1, 2009;

13. Any other record or document evidencing any ownership to real or personal property or to any debt owed or money had (regardless of date) owned or interest held by Percy Miller or any limited liability company, professional corporation, corporation, general partnership, limited partnership, trust or any other corporate entity in which Percy Miller currently holds or has held an interest since January 1, 2009;

14. All personal property returns filed by any taxing authority, including but not limited to any Central Appraisal District, filed by Percy Miller or any limited liability company, professional corporation, corporation, general partnership, limited partnership, trust or any other corporate entity in which Percy Miller currently holds or has held an interest since January 1, 2009;

15. All documents listing or summarizing property owned or held by Percy Miller or any limited liability company, professional corporation, corporation, general partnership, limited partnership, trust or any other corporate entity in which Percy Miller currently holds or has held an interest since January 1, 2009;

16. Credit applications and other documents stating Percy Miller's financial condition prepared or distributed during the preceding seventy-two (72) months;

It is, further,

ORDERED that until the Judgment is fully paid, Percy Miller shall continue to turnover to the Receiver at the Receiver's address all checks, cash, contracts, securities, promissory notes, documents of title, and contracts within three (3) days from Percy Miller's receipt and possession of such property, if, as, and when it comes into receipt and possession of any such property, or when such property is subject to its control. It is, further,

ORDERED that in addition to the powers of the Receiver set forth herein, the Receiver shall have the following rights, authority and powers with respect to Percy Miller: (1) direct the delivery of Percy Miller's mail to the Receiver's address and open all mail directed to Percy Miller; (2) endorse and cash all checks and negotiable instruments payable to Percy Miller; (3) hire a real estate broker to sell any real property belonging to Percy Miller; (4) hire any person or company to move and store the property of Percy Miller; (5) (but not the obligation) to insure any property belonging to Percy Miller; (6) obtain from any financial institution, bank, credit union, credit bureau, savings and loan, title company, investment company, or any other third party, any financial records belonging to or pertaining to Percy Miller; (7) obtain from any landlord, building owner or building manager where Percy Miller is or was a tenant, copies of Percy Miller's lease, lease application, credit application, payment history and copies of Percy Miller's checks for rent or other payments; (8) hire any person or company necessary to accomplish any right or power under this Order; (9) take all action necessary to gain access to all storage facilities, safety-deposit boxes, real property, and leased premises wherein any property of Percy Miller may be situated, and to review and obtain copies of all documents related to same; (10) to garnish without separate court action or order the production or contract payments owed to Percy Miller; (11) to file any lawsuits required

to obtain or recover property or contract rights; and (12) to file any lawsuits required to assert any breach of contract, breach of fiduciary duty or fraudulent transfer action on behalf of Percy Miller. It is, further,

ORDERED that in addition to the powers of the Receiver set forth herein, the Receiver shall have the right, authority and power to request and obtain from providers of utilities, telecommunications, telephone, cell phone, cable, internet, data services, internet website hosts, satellite television services, and all similar services (including Time Warner, AT&T, Verizon, Sprint, Satellite TV, Direct TV, EV1, Google, Suddenlink, Yahoo, and internet blogs and chat rooms), compelling the production of any information regarding Percy Miller's payments, payment history and financial information, including account information, telephone numbers, names, service addresses, IP addresses, call detail records, payment records, and bank and credit card information. This Order specifically serves as the court order required by 47 U.S.C. § 551 and satisfies all obligations of the responding party to obtain or receive a court order prior to disclosing material containing personally identifiable information of the subscriber and/or customer. It is, further,

ORDERED that any Marshal, Sheriff or Constable, and their respective deputies or agents, and any other peace officer, are hereby directed and ordered to assist the Receiver in carrying out his duties and exercising his powers hereunder and prevent any person from interfering with the Receiver in taking control and possession of the property of Percy Miller, without the necessity of a Writ of Execution. The Receiver is authorized to direct any Marshal or Constable or Sheriff to seize and sell property under a Writ of Execution or this Order. It is, further,

ORDERED that any financial institution shall open or drill any safe deposit boxes of Percy Miller and to deliver the contents to the Receiver as they may request. It is, further,

ORDERED that the parties are authorized to provide to the Receiver any materials produced or prepared in this case that are requested by the Receiver, and that may assist the Receiver in fulfilling his duties as Receiver. It is, further,

ORDERED that in light of the circumstances of this case, bond of $100.00 is reasonable. The Court orders the Receiver to post bond of $100.00 with the Clerk. It is, further,

ORDERED that the Receiver's combined fee is twenty-five percent (25%) of the balance due on the Judgment, plus any out-of-pocket expenses incurred by the Receiver in the scope of his duties as Receiver in this case, in addition to the twenty-five percent (25%) fee. Therefore, the Receiver is authorized to collect 125% of the Judgment, plus out-of-pocket expenses incurred by the Receiver. The Court has determined that this is a fair, reasonable, and necessary fee for the Receiver. The Receiver's fees shall be paid out of funds collected and taxed as additional costs of court. It is, further,

ORDERED that the Receiver is authorized to provide a copy of this Order, and to serve any discovery requests, subpoenas, or other documents or process deemed by the Receiver to be necessary to the performance of his duties (collectively referred to as "Enforcement Documents") to and on Percy Miller by delivering such Enforcement Documents in any of the following manners:

(1)  By serving by certified mail, return receipt requested, such Enforcement Documents on Paul A. Grinke, attorney at the law firm of Ben Crump Law, PLLC at his office address of 5 Cowboys Way, Suite 300, Frisco, Texas 75034;

(2)  By placing a copy of such Enforcement Documents in Dropbox and creating a deliverable link ("Dropbox Link") to such Enforcement Documents that will permit the download of same;

(3)  By serving the Order by posting a message on the Twitter account of Master P that states:

> Mr. Percy Miller, also known as Master P: An Order has been entered against you in the U.S. District Court for the Southern District of Texas, Galveston Division by Louis Hayes, Cause No. 3:08-CV-00035.
>
> You may obtain a copy of the Order at the following link:
>
> "(Dropbox Link)";

(4)  By serving Enforcement Documents other than this Order, by posting a message on the Twitter account of Master P that states:

> Mr. Percy Miller, also known as Master P: ("Name and Type of Document or Process") has been issued against you in the U.S. District Court for the Southern District of Texas, Galveston Division by Louis Hayes, Cause No. 3:08-CV-00035.
>
> You may obtain a copy of ("Name and Type of Document or Process") at the following link:
>
> "(Dropbox Link)";

(5)  By serving the Order by posting a message on the Facebook account of Master P that states:

> Mr. Percy Miller, also known as Master P: An Order has been entered against you in the U.S. District Court for the Southern District of Texas, Galveston Division by Louis Hayes, Cause No. 3:08-CV-00035.
>
> You may obtain a copy of the Order at the following link:
>
> "(Dropbox Link)";

(6)  By serving Enforcement Documents other than this Order, by posting

a message on the Facebook account of Master P that states:

> Mr. Percy Miller, also known as Master P: ("Name and
>
> Type of Document or Process") has been issued against
>
> you in the U.S. District Court for the Southern District
>
> of Texas, Galveston Division by Louis Hayes, Cause No.
>
> 3:08-CV-00035.
>
> You may obtain a copy of ("Name and Type of
>
> Document or Process") at the following link:
>
> > "(Dropbox Link)";

(7)  By serving the Order and any other Enforcement Documents by email

at the following email addresses:

> (a)  vimstudiosllcemail@gmail.com;
>
> (b)  contact@PMillerEnterprises.com;
>
> (c)  bookingnolimit@gmail.com;

(8)   By serving the Order by sending an email using the P Miller Enterprises' webpage "Contact Us" email page with the following message:

> Mr. Percy Miller, also known as Master P: An Order has been entered against you in the U.S. District Court for the Southern District of Texas, Galveston Division by Louis Hayes, Cause No. 3:08-CV-00035.
>
> You may obtain a copy of the Order at the following link:
>
> "(Dropbox Link)";

(9)   By serving Enforcement Documents other than this Order, by sending an email using the P Miller Enterprises' webpage "Contact Us" email page with the following message:

> Mr. Percy Miller, also known as Master P: ("Name and Type of Document or Process") has been issued against you in the U.S. District Court for the Southern District of Texas, Galveston Division by Louis Hayes, Cause No. 3:08-CV-00035.
>
> You may obtain a copy of ("Name and Type of Document or Process") at the following link:
>
> "(Dropbox Link)".

It is, further,

ORDERED that the Receiver shall take the oath of his office.

Signed on Galveston Island this 10th day of April, 2024.

_____
Jeffrey V. Brown
United States District Judge